PLAINTIFF'S EXHIBIT No. 3

David W. Draper, Jr. (DC, MD, VA)
L. Darren Goldberg (DC, MD, VA)

Deirdre J. Catterton (DC, MN)
James E. Clarke (DC, FL, VA, MD)
James W. Holderness (DC, MD, VA)
Stephen J. Kushnir (VA, DC)
Kenneth L. McWilliams (VA, DC)
Jennifer L. Walters (NY)
Michael P. Wise (VA)

Thomas D.H. Barnett (DE)
(Of Counsel)
Carl B. McGehee (GA)
(of Counsel)

Law Offices

# DRAPER & GOLDBERG

A Professional Limited Liability Company

750 Miller Drive, Suite C-1
Leesburg, Virginia 20175
Telephone: 703-777-7101
Facsimile: 703-777-7453
http://www.drapgold.com/

June 18, 2002

VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED and FIRST CLASS MAIL

Mr. Eddie Lewis Jr.
129 S. Kossuth St.
Baltimore, MD 21229

Mr. Eddie Lewis Jr.
32 East 25th Street
Baltimore, MD 21218

RE: Eddie Lewis Jr.
Our File No. 81527
Property Address: 129 S Kossuth St.
Baltimore, MD 21229

Dear Mr. Lewis Jr.:

Please be advised that this law firm has been retained by Fairbanks Capital Corporation ("Lender") regarding a default in your Deed of Trust Note payable to the Lender in the original principal amount of $39,000.00 ("Note"). Repayment of the Note is secured by a Deed of Trust on the referenced property. We are advising you that the Lender has accelerated the debt and has instructed me to foreclose its Deed of Trust lien. We are now in the process of preparing the foreclosure papers. You will be notified of the date and time of the foreclosure sale and the terms thereof. If you have any questions, do not hesitate to contact me.

Federal law requires us to advise you that this letter is written pursuant to the provisions of the Fair Debt Collection Practices Act codified at 15 U.SC. 1692. Pursuant to the terms of the Act, unless you notify my office within thirty (30) days after receipt of this letter that there is a dispute as to the validity of this debt or any portion thereof, we will assume that the debt is valid and proceed with litigation. In the event that you notify us in writing that the debt or any portion thereof is disputed, we will obtain verification of the debt and forward same to you. Upon written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor. Federal law requires us to advise you that this letter is an attempt to collect a debt. Any information obtained from you will be used for this purpose.

Sincerely,

L. Darren Goldberg

cc: Fairbanks Capital Corporation, Attn: Emmanuel Smith
LDG\AO

# VALIDATION OF DEBT NOTICE PURSUANT TO 15 USC §1692

- (1) the amount of the debt as of June 18, 2002 is $38,979.51.

  This amount shall not be construed as a payoff statement as the debt continues to accrue interest, fees and costs on a daily basis. Please contact your mortgage servicer or this office to obtain an updated payoff statement.

- (2) the name of the creditor to whom the debt is owed is

  Fairbanks Capital Corporation

- (3) unless you, within thirty days after receipt of the notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by
  the debt collector;

- (4) if you notify the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to you by the debt collector; and

- (5) upon your written request within the thirty-day period, the debt collector will provide you with the name and address of the original creditor, if different from the current creditor.

THIS NOTICE SHALL NOT BE CONSTRUED AS AN ADMISSION THAT DRAPER & GOLDBERG, PLLC IS A DEBT COLLECTOR OR THAT DRAPER & GOLDBERG, PLLC IS ACTING IN CONNECTION WITH THE COLLECTION OF ANY DEBT.