PLAINTIFF'S EXHIBIT No. 4

David W. Draper, Jr. (DC, MD, VA)
L. Darren Goldberg (DC, MD, VA)

Deirdre J. Catterton (DC, MN)
James E. Clarke (DC, FL, VA, MD)
James W. Holderness (DC, MD, VA)
Stephen J. Kushnir (VA, DC)
Kenneth L. McWilliams (VA, DC)
Jennifer L. Walters (NY)
Michael P. Wise (VA)

Thomas D.H. Barnett (DE)
(Of Counsel)
Carl B. McGehee (GA)
(of Counsel)

Law Offices

## DRAPER & GOLDBERG

A Professional Limited Liability Company

**750 Miller Drive, Suite C-1
Leesburg, Virginia 20175**
Telephone: 703-777-7101
Facsimile: 703-777-7453
http://www.drapgold.com/

June 26, 2002

BY CERTIFIED MAIL RETURN RECEIPT REQUESTED and FIRST CLASS MAIL

Eddie Lewis, Jr.
32 East 25th Street
Baltimore, MD 21218

RE:   Fairbanks Capital Corporation v. Eddie Lewis Jr.
      Our File No.        81527
      Lender's Loan No.   8050038994
      Property Address:   129 S Kossuth St.
                          Baltimore, MD 21229

Dear Mr. Lewis Jr.:

Please be advised that we have been requested by Fairbanks Capital Corporation ("Lender") to foreclose on the Property described above ("Property"). The Property is encumbered by a Deed of Trust, the security for a promissory note in the original principal amount of $39,000.00 payable to the Lender.

We are hereby notifying you that a foreclosure sale of the Property will take place on the date, time, place and terms as per the enclosed Advertisement, and the Property will be sold then and there to the highest bidder. A copy of this letter is being sent to you by regular mail.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Sincerely,
Sales Department

Enclosure - Advertisement of Sale
cc:   Fairbanks Capital Corporation

Draper & Goldberg, PLLC
P.O. Box 6177
Leesburg, Virginia 20178

SUBSTITUTE TRUSTEES' SALE
OF IMPROVED REAL PROPERTY

129 S. KOSSUTH ST.
BALTIMORE, MD 21229

Under a power of sale contained in a Deed of Trust from Eddie Lewis, Jr., dated Oct. 6, 1998 and recorded in Liber 7952, folio 169 among the Land Records of Baltimore City, MD, default having occurred thereunder, the Sub. Trustees will sell at public auction at the Clarence M. Mitchell Court House, Court House Door, Calvert Street Entrance, on

JULY 19, 2002 AT 11:42 AM

ALL THAT FEE-SIMPLE LOT OF GROUND and the improvements thereon situated in Baltimore City, MD and more fully described in the aforesaid Deed of Trust.

The property, which is improved by a dwelling, will be sold in an "as is" condition and subject to conditions, restrictions and agreements of record affecting the same, if any and with no warranty of any kind.

Terms of Sale: A deposit of $4,000 by cash, or certified check. Balance of the purchase price to be paid in cash within ten days of final ratification of sale by the Circuit Court for Baltimore City. Time is of the essence as to the purchaser. If the purchaser defaults, the deposit shall be forfeited and the property shall be resold at the purchaser's risk and expense. Interest to be paid on the unpaid purchase money at the rate pursuant to the Deed of Trust Note from the date of sale to the date funds are received by the Sub. Trustees. In the event settlement is delayed for any reason, there shall be no abatement of interest. Purchaser shall pay for documentary stamps, transfer taxes and settlement expenses. Taxes, ground rent, water rent, condominium fees and/or homeowner association dues, all public charges/assessments payable on an annual basis, including sanitary and/or metropolitan district charges, if applicable, shall be adjusted to the date of sale and assumed thereafter by the purchaser. Purchaser shall be responsible for obtaining physical possession of the property. Purchaser assumes the risk of loss or damage to the property from the date of sale forward. If the Sub. Trustees are unable to convey good and marketable title, the purchaser's sole remedy in law and equity shall be limited to a refund of the deposit. (Matter #81527)

James Holderness, L. Darren Goldberg, Erica Broyles, Substitute Trustees

ALEX COOPER AUCTS., INC.
908 YORK RD.
TOWSON, MD 21204
410-828-4838

-----------------------------------------------------------------

DAILY RECORD -- SINGLE COLUMN AD – JULY 3, 10 & 17
(jn)kossuth1