Case 1:06-cv-00232-RDB   Document 2-5   Filed 01/26/06   Page 1 of 1
PLAINTIFF'S EXHIBIT No. 5

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| L. Darren Goldberg<br>James W. Holderness<br>Erica Broyles<br><br>    Substitute Trustees<br>        Plaintiffs<br>v.<br><br>Eddie Lewis Jr.<br><br>        Defendant(s) | Civil No. 24-O-02-002525 |

## TRUSTEES' REPORT OF SALE

L. Darren Goldberg, James W. Holderness and Erica Broyles, duly appointed Substitute Trustees under a Deed of Trust dated October 6, 1998 from Eddie Lewis Jr. to certain trustees named therein, and recorded among the land records of Baltimore City, Maryland, report as follows:

That after default occurred under the terms of the Deed of Trust and at the request of the party secured thereby, and after having given bond as required by law, and after having provided notice to all interested parties as required by law, and after having advertised notice of the sale once a week for at least three successive weeks as evidenced by the publisher's certificate filed herein, the Substitute Trustees on July 19, 2002, at 11:42AM at the Court House Steps for the Circuit Court for Baltimore City, Maryland, did proceed to offer for sale the following property known as:

      129 S. KOSSUTH STREET, BALTIMORE, MARYLAND, 21229
            ALSO SEE ATTACHED LEGAL DESCRIPTION

The Substitute Trustees sold the Property to U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4) for the sum of $ 19,892 , that price being the highest bid tendered for the Property.

This Report of Sale is true and the sale was fairly made.

                                            L. Darren Goldberg
                                            James W. Holderness
                                            Erica Broyles
                                            Substitute Trustees

Sworn to and subscribed before me this 19th day of July , 2002.

                                              Notary Public

                                  My Commission Expires: 2/29/04