PLAINTIFF'S
EXHIBIT

NO. 6

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk
Courthouse East
111 North Calvert Street - Room 462
Baltimore, MD 21202-
410-333-3745 TTY for Deaf: (410)-333-4389

IN RE:    L DARREN GOLDBERG vs EDDIE LEWIS JR

Case Number: 24-O-02-002526/ / FC

## NOTICE OF SALE

Notice is hereby issued by the Circuit Court for Baltimore City,
that the sale of the property described in the above mentioned proceeding
129 SOUTH KOSSUTH STREET and reported by:

L DARREN GOLDBERG

JAMES W HOLDERNESS

ERICA BROYLES

Trustee(s), be ratified and confirmed, unless cause to the contrary be sh
on or before August 18, 2002, provided a copy of this Notice be inserted
some Newspaper published in this City, once in each of three (3) successi
weeks on or before August 9, 2002.

The report states the amount of the sale to be $19,892.00

Date Issued: July 19, 2002          Frank M. Conaway
                                         Clerk

Bill to: L Darren Goldberg Esq
         750 Miller Drive
         Suite C-1
         Leesburg, VA 20175-