If you have questions, please contact the Trustees, Draper Goldberg, at (703) 777-7101

PLAINTIFF'S EXHIBIT No. 7

| | | |
|---|---|---|
| L. DARREN GOLDBERG, et al | * | IN THE |
| Substitute Trustees | * | CIRCUIT COURT |
| v. | * | FOR |
| EDDIE LEWIS, JR. | * | BALTIMORE CITY |
| | * | 24-O-02-002526 |
| Defendant(s) | * | |

* * * * * * *

## NOTICE OF FILING OF AUDITOR'S REPORT

TO THE HONORABLE, THE JUDGE OF SAID COURT;

The Auditor reports to the Court that he has examined the proceedings in the entitled cause and from them has stated the within account of receipts and disbursements of the Trustees.

The Auditor certifies that he has forwarded copy and given notice of the filing of this account to every party and every person who has filed a claim to the proceeds of sale in accordance with Rule 2-543(e) of the Maryland Rules of Procedure adopted by the Court of Appeals of Maryland and effective July 1, 1984; and that each party and claimant is notified that exceptions to this account must be in writing within ten (10) days from __11-27-02__.

The Auditor certifies that he was employed in accordance with the Rules of the Court.

Respectfully submitted,

_Donald L. Allewalt_
DONALD L. ALLEWALT
Auditor

---

## ORDER FINALLY RATIFYING AND CONFIRMING AUDITOR'S REPORT AND ACCOUNT

IN THE CIRCUIT COURT FOR BALTIMORE CITY:

ORDERED by the Court this _____ day of _____, 20___, that the subject Report and Account of the Auditor in the aforegoing case be and the same is hereby finally ratified and confirmed, no cause to the contrary having been shown.

_____
JUDGE

THE MORTGAGED ESTATE OF EDDIE LEWIS, JR.
IN ACCOUNT WITH
L. DARREN GOLDBERG, JAMES HOLDERNESS,
AND ERICA BROYLES, SUBSTITUTE TRUSTEES

### CR.

| | | | |
|---|---|---|---|
| By | amount of the sale of the fee simple property no. 129 S. Kossuth St., Baltimore, Maryland, per Trustees' Report of Sale filed July 19, 2002 | | $ 19,892.00 |
| | | | $ 19,892.00 |

### DR.

| | | | | |
|---|---|---|---|---|
| To | the Trustee(s) for commissions, viz. on the amount of the sale @8% per Deed of Trust | | | $ 1,591.36 |
| To | the Trustee(s) for the costs of suit, viz. | | | |
| | Library Fund | $20.00 | | |
| | Clerk | 90.00 | | |
| | Order Nisi | 214.11 | | |
| | Bond of Trustee(s) | 360.00 | | |
| | Auditor and notices | 195.00 | $ 879.11 | |
| To | the Trustee(s) for disbursements as per vouchers and memoranda exhibited to the Auditor, viz. | | | |
| | Alex Cooper Auctioneers, Inc., Auctioneer | $250.00 | | |
| | Daily Record Advertising | 650.73 * | | |
| | Attorney's Fee, per Deed of Trust | 750.00 | | |
| | Title Report | 795.00 | | |
| | Real Property Taxes | 41.94 | | |
| | Record Deed of Substitution | 25.00 | $ 2,512.67 | |
| To | the Mortgagee for its mortgage Claim as filed June 21, 2002 | $ 38,979.51 | | |
| | Interest @10.75% on $37,853.29 from June 6, 2002 to July 19, 2002 | $ 479.39 | | |
| | Total | $ 39,458.90 | | |
| | This Amount on Account Thereof | $ 14,908.86 | $ 14,908.86 | |
| | | | $ 19,892.00 | |
| | This balance due and unpaid Mortgagee | $ 24,550.04 | | |

*Includes service commission to auctioneer.