PLAINTIFF'S EXHIBIT No. 8

## TRUSTEE'S DEED

THIS DEED is made this 27th day of December, 2002, between L. Darren Goldberg, James Holderness and Erica Broyles Substitute Trustees (collectively, "Trustees"), and U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4) ("Grantee")

WHEREAS, Eddie Lewis Jr., by Deed of Trust dated October 6, 1998, and recorded December 10, 1998 in Book/Liber 7952, Page/Folio 169 among the land records of Baltimore City, Maryland, conveyed the hereinafter described property unto certain trustees named therein, to secure payment of a certain debt set forth therein, and

WHEREAS, default having occurred under the terms of the Deed of Trust, foreclosure proceedings were initiated by the Trustees duly appointed as substitute trustees by a Deed of Appointment of Substitute Trustees, dated June 5, 2002 and recorded on June 21, 2002 among the land records of Baltimore City, and

WHEREAS, the Trustees in exercise of the power of sale conferred by the Deed of Trust and having complied with all applicable law, sold the hereinafter described property to the Grantee, at public sale on July 19, 2002 for the amount of $19,892.00, the sale having been reported, ratified and confirmed by the Circuit Court of the above city in Case No. 24-O-02-002526, with the final order ratifying and confirming the sale entered August 20, 2002.

NOW THEREFORE, the Trustees, for the consideration recited above, the receipt and sufficiency of which is acknowledged, grant and convey to Grantee all of the property situated in Baltimore City, Maryland known as follows:

LEGAL DESCRIPTION IS ATTACHED HERETO AND MADE A PART HEREOF.

Such property being located at 129 S. Kossuth St., Baltimore, Maryland 21229.

Tax ID# 20-19-2256-035

L81527MD

DRAPER & GOLDBERG, PLLC
803 SYCOLIN ROAD, SUITE 301
LEESBURG, VIRGINIA 20175

All taxes for which assessments have been received have been paid as of this date

_____
Director of Finance of Baltimore City by

Transfer Tax Paid - City Treasurer, Baltimore, Maryland

| Date | Cash Slip | Transaction No. | Amount |
|---|---|---|---|
| 12/30/2002 | 58474 | 78475 | |

Authorized Signature

LIBER 3221 FOLIO 302

LIBER 3221 FOLIO 301

Trustee's Deed
Case No.: 24-O-02-002526
L81527MD
Page 2

TOGETHER WITH the improvements thereon and the appurtenances thereto, and all right, title, interest and estate in the Property, and subject to covenants, easements and restrictions of record.

TO HAVE AND TO HOLD in fee simple.

WITNESS the hands and seals of the Trustees and Grantor(s).

Substitute Trustees:

_____
L. Darren Goldberg

_____
James Holderness

_____
Erica Broyles

STATE OF VIRGINIA      )
COUNTY OF LOUDOUN      )

I, Kellie Hutchins, a Notary Public in and for the State of Virginia, DO HEREBY CERTIFY THAT L. Darren Goldberg, Substitute Trustee, and James Holderness, Substitute Trustee, and Erica Broyles, Substitute Trustee, parties to a certain Deed bearing the date of the 27th day of December, 2002, and hereto annexed personally appeared before me in said State of Virginia, THE SAID L. Darren Goldberg, James Holderness, and Erica Broyles being personally well known to me as the persons who executed the said Deed and acknowledged the same to be their act and deed as Substitute Trustee.

Given under my hand and seal this 27th day of December, 2002.

_____
Notary Public
My Commission Expires 12-31-05

I hereby certify that this instrument was prepared under my supervision, and I am an attorney duly admitted to practice before the Court of Appeals for Maryland.

_____
L. Darren Goldberg

## Legal Description

BEGINNING FOR THE 1ST AND BEING ON THE SOUTHEAST SIDE OF KOSSUTH STREET TWO HUNDRED SIXTEEN FEET SOUTHWESTERLY FROM THE SOUTHWEST SIDE OF JOSEPH STREET, HAVING AN AGGREGATE FRONTAGE SOUTHWESTERLY ON THE SOUTHEAST SIDE OF KOSSUTH STREET OF FORTY-EIGHT FEET WITH AN EVEN RECTANGULAR DEPTH SOUTHEASTERLY OF ONE HUNDRED FEET TO THE NORTHWEST SIDE OF AN ALLEY FIFTEEN FEET WIDE

BOOK 322 PAGE 303

110.00
99.40

'02 DEC 30 AM 8:57

# State of Maryland Land Instrument Intake Sheet

☒ Baltimore City  ☐ County: _____

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office only.*

(Type or Print in Black Ink Only—All Copies Must Be Legible)
( ☐ Check Box if Addendum Intake Form is Attached.)

**1. Type(s) of Instruments.**
☒ Deed  ☐ Mortgage  ☐ Other ___  ☐ Other ___
☐ Deed of Trust  ☐ Lease

**2. Conveyance Type Check Box**
☐ Improved Sale  ☐ Unimproved Sale  ☐ Multiple Accounts  ☐ Not an Arms-
☐ Arms-Length [1]  ☐ Arms-Length [2]  ☐ Arms-Length [3]  Length Sale [9]

**3. Tax Exemptions** (If Applicable) Cite or Explain Authority
Recordation: _____
State Transfer: _____
County Transfer: _____

**4. Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only |
|---|---|---|
| Purchase Price/Consideration | $19,892.00 | Transfer and Recordation Tax Consideration |
| Any New Mortgage | $ | Transfer Tax Consideration: $ |
| Balance of Existing Mortgage | $ | X ( ___ )% = $ |
| Other: | $ | Less Exemption Amount = $ |
| Other: | $ | Total Transfer Tax: $ |
| | | Recordation Tax Consideration: $ |
| Full Cash Value | $ | X ( ___ ) per $500 = $ |
| | | TOTAL DUE: $ |

**5. Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $20.00 | $ | Agent: |
| Surcharge | $5.00 | $ | |
| State Recordation Tax | $115.00 | $ | Tax Bill: |
| State Transfer Tax | $94.46 | $ | |
| County Transfer Tax | $298.38 | $ | C.B. Credit: |
| Other | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |

**6. Description of Property**
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 20 | 19-2226-035 | 7752/169 | | | ☐ (5) |

Subdivision Name: _____
Lot (3a): 035  Block (3b): 2226  Sect/AR(3c): ___  Plat Ref: ___  SqFt/Acreage (4): ___

Location/Address of Property Being Conveyed (2):
129 S. Kossuth St. Baltimore, MD 21229

Other Property Identifiers (if applicable): ___
Water Meter Account No.: ___

Residential ☒ or Non-Residential ☐   Fee Simple ☒ or Ground Rent ☐   Amount: ___
Partial Conveyance? ☐ Yes ☐ No   Description/Amt. of SqFt/Acreage Transferred: ___

If Partial Conveyance, List Improvements Conveyed: ___

**7. Transferred From**
Doc. 1 - Grantor(s) Name(s): L. Darren Goldberg, James Holderness & Erica Broyles, Substitute Trustees
Doc. 2 - Grantor(s) Name(s): ___

Doc. 1 - Owner(s) of Record, if Different from Grantor(s): ___
Doc. 2 - Owner(s) of Record, if Different from Grantor(s): ___

**8. Transferred To**
Doc. 1 - Grantee(s) Name(s): U.S. Bank National Association F/K/A First Bank National Association Trust o/a dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4)
Doc. 2 - Grantee(s) Name(s): ___

New Owner's (Grantee) Mailing Address:
c/o Fairbanks
3815 Southwest Temple, Salt Lake City, UT 84115

**9. Other Names to Be Indexed**
Doc. 1 - Additional Names to be Indexed (Optional): ___
Doc. 2 - Additional Names to be Indexed (Optional): ___

**10. Contact/Mail Information**
Instrument Submitted By or Contact Person
Name: Dorothy Clark
Firm: Draper & Goldberg
Address: 803 Sycolin Rd #301, Leesburg, VA 20175
Phone: (703) 777-7101
☒ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

**11. IMPORTANT:** BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

Assessment Information
☐ Yes ☒ No  Will the property being conveyed be the grantee's principal residence?
☐ Yes ☒ No  Does transfer include personal property? If yes, identify: ___
☐ Yes ☒ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required): ___

---

Assessment Use Only - Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | ☐ Whole | ☐ Part | ☐ Tran. Process Verification |
|---|---|---|---|---|

| Transfer Number: | Date Received: | Deed Reference: | | Assigned Property No.: |
|---|---|---|---|---|
| Year | 19 | 19 | | |
| Land | | Geo. | Map | Sub | Block |
| Buildings | | Zoning | Grid | Plat | Lot |
| Total | | Use | Parcel | Section | Occ. Cd. |
| REMARKS: | | Town Cd. | Ex. St. | Ex. Cd. | |

Distribution: White - Clerk's Office
Canary - SDAT
Pink - Office of Finance
Goldenrod - Preparer
AOC-CC-300 (5/95)