PLAINTIFF'S EXHIBIT No. 9

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

03 JAN 17 PM 1:00

BALTIMORE CITY
CIVIL DIVISION

James Holderness, et al. )
    Substitute Trustees )
        Plaintiff(s) )
v. )  Civil Action No. 24-O-02-002526
Eddie Lewis Jr., et al. )
        Defendant(s) )

## MOTION FOR POSSESSION OF PROPERTY

U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4) by undersigned counsel, moves for entry of an order awarding possession of property described below and in support thereof states as follows:

1. On July 19, 2002 at foreclosure, the property generally known as 129 S Kossuth St., Baltimore, Maryland 21229 and described more particularly in the Deed of Trust, ("Property") was sold to U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4) being the highest bidder for the Property.

2. The report of the Substitute Trustee regarding this foreclosure sale was ratified and confirmed by this Court on August 20, 2002.

3. Eddie Lewis Jr. was the former owner of the Property and Eddie Lewis Jr., and/or other Occupants, have continued in possession of the Property and have failed to deliver possession to U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4).

4. U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4) is entitled to possession of the Property under Maryland law.

WHEREFORE, U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4) requests that this Court enter judgment, awarding possession to U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4), and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,
DRAPER & GOLDBERG, P.L.L.C.

By: _____
L. Darren Goldberg
James Holderness
Attorney(s) for U.S. Bank National
Association, f/k/a First Bank National
Association Trust U/A dated 12/1/98
(EQCC Home Equity Loan Trust 1998-4)
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
(703) 777-7101

STATEMENT OF POINTS AND AUTHORITIES

1. Maryland Real Property Code Sec. 7-105.

2. Maryland Rules 14-207 and BR6.

3. Fisher v. Federal National Mortgage Association, 360 F. Supp. 207 (D. Md. 1973).

4. Nutwell v. Nutwell, 47 Md. 35 (1877).

5. Billingsley v. Lawson, 43 MD. App. 713 (1979).

_____
L. Darren Goldberg
James W. Holderness

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Judgment Awarding Possession of Property was mailed, postage prepaid, on this 18th day of January, 2003 to:

Eddie Lewis Jr.
And/or other Occupants
129 S Kossuth St.
Baltimore, Maryland 21229
Defendant(s)

Eddie Lewis Jr.
And/or other Occupants
32 East 25th Street
Baltimore, Maryland 21218

L. Darren Goldberg
James W. Holderness