PLAINTIFF'S EXHIBIT No. 10

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

James Holderness, et al. )
    Substitute Trustees )
        Plaintiff(s) )
v. )
   ) Civil Action No. 24-O-02-002526
Eddie Lewis Jr., et al. )
        Defendant(s) )

## ORDER GRANTING POSSESSION OF PROPERTY

Upon consideration of the Motion for Possession of Property ("Motion") filed by U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4) and no reason having been given by the defendant that would be a legal basis to deny possession to the purchaser, it is this _____ day of _____ March _____, 2003, by the Circuit Court for Baltimore City,

ORDERED, that the Motion be and the same is hereby GRANTED, and it is further,

ORDERED, that judgment for possession of the property located at 129 S Kossuth St., Baltimore, Maryland 21229, and described more particularly in the Deed of Trust, is awarded to U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4).

JUDGE
Circuit Court For Baltimore City County,
Maryland