PLAINTIFF'S EXHIBIT No. 11

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

James Holderness, et al. )
    Substitute Trustees )
        Plaintiff(s) )
                              )
v.                                 )    Civil Action No. 24-O-02-002526
Eddie Lewis Jr., et al. )
        Defendant(s) )

### REQUEST FOR WRIT OF POSSESSION

SIR/MADAM CLERK:

Please issue a Writ of Possession for property located at 129 S Kossuth St., Baltimore, Maryland 21229.

An Order granting possession of Property was entered by the Court on the 20th day of March, 2003.

Please prepare the Writ and forward the same with the attached check for $30.00 and accompanying Instructions to the Sheriff.

March 28, 2003

Respectfully submitted,
DRAPER & GOLDBERG, P.L.L.C.

_____
L. Darren Goldberg
Deepa Bhattacharyya
Attorneys for U.S. Bank National Association, f/k/a First Bank National Association Trust U/A dated 12/1/98 (EQCC Home Equity Loan Trust 1998-4)
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
(703) 777-7101